JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG HING WONG, JR., | Case No. ED CV 16-2529 RGK (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SCOTT FRAUENHIEM, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

DATED: December 15, 2016

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1